UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR: 14-71363 |
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) |
| FRANCISCO VENEGAS-RAMIREZ | ) |
| Defendant. | ) |

Leave is granted to the government to dismiss the complaint. The complaint is hereby ordered dismissed without prejudice.

Date: 4/3/15

NATHANAEL COUSINS
United States Magistrate Judge

HOWARD R. LLOYD

NOTICE OF DISMISSAL (CR 14-71363)